1  Paul Hart, Esq., SBN : 237766
   JOHNSON & MONCRIEF, PLC
2  295 Main Street, Suite 600
   Salinas, CA 93901
3  Telephone: (831) 759-0900
   Facsimile: (831) 759-0902
4
   Attorney for Plaintiff,
5  Fitz Fresh, Incorporated

**FILED** Fee Paid

2008 MAY -9 P 3: 47

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

ADR

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA          **RMW**

10                    SAN JOSE DIVISION

11                                        **C 08. 02407**    RS

   **FITZ FRESH, INCORPORATED**              ) Case No.
12                                           )
            **Plaintiff,**                   )  **COMPLAINT FOR VIOLATIONS**
13                                           )  **OF THE PERISHABLE**
                                             )  **AGRICULTURAL COMMODITIES**
14  **v.**                                   )  **ACT ("PACA") [7 U.S.C. §499a et**
                                             )  **seq.]**
15                                           )
   **VICTOR MONDRAGON, an individual, and**  )  1. **BREACH OF CONTRACT;**
16  **DOES 1 through 20, Inclusive,**         )  2. **ENFORCEMENT OF**
                                             )     **STATUTORY TRUST**
17          **Defendants.**                  )     **PROVISIONS OF PACA;**
                                             )  3. **FOR VIOLATION OF PACA;**
18                                           )     **FAILURE TO ACCOUNT**
                                             )     **AND PAY PROMPTLY;**
19                                           )  4. **FOR INJUNCTIVE RELIEF**
                                             )     **AND/OR TEMPORARY**
20                                           )     **RESTRAINING ORDER;**
                                             )  5. **UNJUST ENRICHMENT;**
21                                           )  6. **CONVERSION; and**
                                             )  7. **DECLARATORY RELIEF.**
22  _____ )

23       Plaintiff, FITZ FRESH, INCORPORATED, alleges as follows:

24                               **I.**

25                    **JURISDICTION AND VENUE**

26       1.      This court has jurisdiction of this case pursuant to Section 5(c)(5) of the

27  Perishable Agricultural Commodities Act of 1930 as amended [7 U.S.C. Section 499(c)(5)

28

*Complaint For Violations of the Perishable Agricultural Commodities*
*Fitz Fresh, Incorporated vs. Mondragon, et al.*

1

1  ("PACA") and pursuant to 28 U.S.C. Section 1331.  Venue is proper pursuant to 28 U.S.C.

2  Section 1391(b).

## II.

### GENERAL ALLEGATIONS

2.      Plaintiff, FITZ FRESH, INCORPORATED, ("Plaintiff") is now and at times material herein has been a Corporation doing business under the laws of the State of California, with its principal place of business in the City of Freedom, California.

3.      Plaintiff is informed, believes, and thereon alleges that Defendant VICTOR MONDRAGON is  an individual doing business in California.

4.      Plaintiff is informed, believes and thereon alleges that Defendant is and at all times material herein has had actual and constructive knowledge of the PACA trust and  was statutory trustee under PACA in a position to control the PACA trust assets that are the subject of this lawsuit.

5.      At all times relevant herein, Defendants, and each of them, were acting as agents of one another with the course and scope of such agency and were engaged in the handling of produce in interstate and/or foreign commerce as commission merchants, dealers, and/or brokers, subject to the provisions of PACA and the regulations promulgated by the Secretary of Agriculture of the United States pursuant to PACA.  Defendant, VICTOR MONDRAGON'S, PACA License No. is unknown.

6.      Plaintiff is ignorant of the true names and capacities of Defendants sued herein as DOES 1 through 20, inclusive, and therefore sues there Defendants by such fictitious names. Plaintiff will amend this complaint to allege their true names and capacities when ascertained. Plaintiff is informed and believes and thereon alleges that each of these fictitiously named Defendants is responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein were proximately caused by their conduct.

7.      In January 2008 Defendant entered into an agreement to purchased mushrooms from Plaintiff for resale.   February 20, 2008 and March 16, 2008, Defendants purchase mushrooms,     a     perishable     agricultural commodity     being     shipped     in     interstate

*Complaint For Violations of the Perishable Agricultural Commodities*
*Fitz Fresh, Incorporated vs. Mondragon, et al.*

2

1    commerce, from Plaintiff under Plaintiff's invoice numbers 15158 ($137.50 outstanding), 15254

2    ($830.00 outstanding), 15271, 15303, 15326, 15332, 15364, 15383, 15403, 15415, 15448,

3    15466, 15496, 15519, 15545, 15083 ($253.50 outstanding), 15108 and 15130 which are

4    outstanding and/or partially paid. Defendants promised to pay Plaintiff the invoiced amount for

5    each shipment of lettuce within 10 days and payment within that time period is required by the

6    PACA. Defendants promised to pay Plaintiff a total of Fifteen Thousand Two Hundred Three

7    Dollars ($15,203.00) for the mushrooms delivered to Defendants under Plaintiff's above

8    referenced invoices. (A true and correct copy of invoice numbers 15158, 15254, 15271, 15303,

9    15326, 15332, 15364, 15383, 15403, 15415, 15448, 15466, 15496, 15519, 15545, 15083, 15108

10    and 15130 are attached hereto as Exhibit A and incorporated herein by reference.)

11         8.     Defendants failed to pay Plaintiff those sums owing for the mushrooms received

12    by Defendant, Mondragon.

13 **III.**

14 **FIRST CAUSE OF ACTION**

15 **(Breach of Contract Against Defendant VICTOR MONDRAGON)**

16         9.     Plaintiff hereby alleges and incorporates by reference paragraph 1 through 8 of

17    this Complaint, inclusive, as though fully set forth herein.

18         10.    Between or on about February 20, 2008 and March 16, 2008, in a series of

19    transactions, Plaintiff sold and shipped perishable agricultural commodities to Defendant,

20    VICTOR MONDRAGON, at Defendant, VICTOR MONDRAGON's, request, for which

21    VICTOR MONDRAGON agreed to pay Plaintiff in amounts at least as the sum of Fifteen

22    Thousand Two Hundred Three Dollars ($15,203.00).

23         11.    At or about the date of each transaction described above, Plaintiff forwarded to

24    Defendant, VICTOR MONDRAGON, invoices for payment of Defendant, VICTOR

25    MONDRAGON's, purchase of the commodities described above.

26         12.    Plaintiff has repeatedly demanded that Defendant, VICTOR MONDRAGON, pay

27    the amounts due and owing under the invoices. However, Defendant, VICTOR MONDRAGON,

28    has failed and refused, and continues to fail and refuse, to pay Plaintiff for the produce

*Complaint For Violations of the Perishable Agricultural Commodities*
*Fitz Fresh, Incorporated vs. Mondragon, et al.*

3

1  purchased by Defendant, VICTOR MONDRAGON, and no part of the sum due and owing has
2  been paid.

3      13.    Plaintiff has performed all conditions, covenants and obligations required to be
4  performed by it under the agreement for sales of produce as set forth herein.

5      14.    At the direct and proximate result of the failure of Defendant, VICTOR
6  MONDRAGON, to remit payment due to Plaintiff as described above, Plaintiff has suffered
7  losses in the amount of at least Fifteen Thousand Two Hundred Three Dollars ($15,203.00) plus
8  interest, attorney's fees and collection costs.

9                                    **IV.**

10                      **SECOND CAUSE OF ACTION**

11   **(Enforcement of Statutory Trust Provisions of PACA Against All Defendants)**

12     15.    Plaintiff hereby realleges and incorporates by reference paragraph 1 through 14 of
13  this Complaint, inclusive, as though fully set forth herein.

14     16.    Plaintiff at all times relevant herein was engaged in the business of selling and
15  shipping perishable agricultural commodities as defined by PACA [7 U.S.C. Section 499(4)].

16     17.    The perishable agricultural commodities that are the subject of this action were
17  purchased and sold in or in contemplation of the course of interstate and/or foreign commerce.

18     18.    Pursuant to 7 U.S.C. Section 499e(c)(1)-(4) of PACA, upon receipt of the produce
19  sold by Plaintiff to Defendant, VICTOR MONDRAGON, Plaintiff became the beneficiary of the
20  floating, nonsegregated statutory trust on all of Defendants' perishable agricultural commodities,
21  all inventories of food or other products derived from perishable agricultural commodities, and
22  any receivables or proceeds from the sale of such perishable agricultural commodities or
23  products or assets derived therefrom.

24     19.    Pursuant to the statutory trust provisions of PACA (7 U.S.C. Section 499e(c)(1)-
25  (4)), Plaintiff is informed and believes and thereon alleges that Plaintiff has performed and
26  fulfilled all duties required to preserve its trust benefits in the total amount of at least Fifteen
27  Thousand Two Hundred Three Dollars ($15,203.00). Plaintiff is informed and believes for the
28  reasons alleged at paragraph 4 and 5, inclusive, above, that Defendants, and each of them, are

*Complaint For Violations of the Perishable Agricultural Commodities*
*Fitz Fresh, Incorporated vs. Mondragon, et al.*

4

1   statutory trustees under PACA. The PACA trust requires Defendants, and each of them, to hold
2   and preserve such goods, inventories, proceeds and receivables in trust for the benefit of Plaintiff
3   until full payment has been made to Plaintiff.

4        21.     Plaintiff is informed and believes and thereon alleges that Defendant have failed
5   to maintain the trust assets and keep them available to satisfy Defendants' obligations to Plaintiff
6   in that said Defendants have failed to perform the requirements of said statutory trust provisions,
7   express and implied, and have breached their fiduciary duties to maintain the trust assets, all in
8   violation of the provisions of the PACA, 7 U.S.C. Section 44(b)(4), and 7 C.F.R. Section 46.46,
9   and all other pertinent regulations issued by the Secretary of Agriculture pursuant to the PACA.

10       22.     Plaintiff is informed and believes and thereon alleges that during times relevant
11  herein, Defendants transferred or diverted the trust assets, and are continuing to so transfer or
12  divert trust assets, namely receivables or proceeds derived from Defendants' sale of produce to
13  their own use and/or to an unknown third party or parties, in violation of their statutory duties
14  under PACA to preserve the trust assets for the benefit of Plaintiff. The statutory trust created by
15  PACA gives priority to the interest of Plaintiff on all inventories of products derived from
16  perishable agricultural commodities, and any receivables or proceeds from the sale of such
17  commodities or products that have been transferred to secured or unsecured creditors.

18       23.     As a direct and proximate cause and result of the wrongful acts and omissions of
19  the Defendants, Plaintiff has suffered the cumulative loss of at least Fifteen Thousand Two
20  Hundred Three Dollars ($15,203.00), all of which qualifies for protection under the PACA trust.

21                                          **V.**

22                            **THIRD CAUSE OF ACTION**

23               **(For Violation of Perishable Agricultural Commodities Act:**

24               **Failure to Account and Pay Promptly Against All Defendants)**

25       24.     Plaintiff hereby realleges and incorporates by reference paragraphs 1 through 23
26  of this Complaint, inclusive, as though set forth herein.

27       25.     Plaintiff has repeatedly demanded that Defendants pay the amounts due states
28  above, for produce sold and delivered to Defendants as described above. Despite these

*Complaint For Violations of the Perishable Agricultural Commodities*
*Fitz Fresh, Incorporated vs. Mondragon, et al.*

5

1  demands, Defendants have failed and refused to truly, correctly and accurately account for and

2  make full payments of the proceeds of those transactions. Therefore, Defendants have failed to

3  perform the requirements of said contracts of sale, express or implied, and have breached their

4  duty to account and pay for the product sold, and have diverted PACA trust assets to third

5  parties, all in violation of the provisions of PACA and all other pertinent regulations issued by

6  the Secretary of Agriculture to the PACA.

7      26.    As a direct and proximate cause and result of the wrongful acts and omission of

8  the Defendants as alleged above, Plaintiff has suffered the cumulative loss of at least Fifteen

9  Thousand Two Hundred Three Dollars ($15,203.00) in net produce sales proceeds due and owing

10  to Plaintiff in the amounts separately alleged above, and wrongfully withheld or wrongfully

11  diverted by Defendants.

12  **VI.**

13  **FOURTH CAUSE OF ACTION**

14  **(For Injunctive Relief and/or Temporary Restraining Order**

15  **Against All Defendants)**

16      27.    Plaintiff hereby realleges and incorporates by reference paragraph 1 through 26 of

17  this Complaint, inclusive, as though fully set forth herein.

18      28.    Pursuant to the provisions of PACA and specifically 7 U.S.C. Section 449a et seq.

19  and 499e(c)(1 through (4), inclusive, perishable agricultural commodities received by a

20  commission merchant, broker or dealer in all transactions and all inventories or other products

21  derived from these products are held in trust by the receiver for the benefit of the unpaid supplier

22  until such suppliers receive full payment of sums owed in connection with such transactions.

23      29.    On several occasions, Plaintiff has demanded via written correspondence and

24  telephone calls that Defendant pay the balance due to Plaintiff in the amounts alleged herein but

25  Defendants have failed and refused and continues to fail and refuse to do so.

26      30.    Defendants have failed to pay their undisputed PACA trust debts to Plaintiff

27  which are the subject of this Complaint. Plaintiff is informed, believes and thereon alleges that

28

*Complaint For Violations of the Perishable Agricultural Commodities*
*Fitz Fresh, Incorporated vs. Mondragon, et al.*

6

1    the PACA trust assets are dissipating and will continue to dissipate unless Defendants are
2    restrained.

3        31.    Pursuant to the terms of the statutory PACA trust herein alleged, and pursuant to
4    Defendants' fiduciary duties as described above, said Defendants owed a duty to transfer to
5    Plaintiff sums owed to Plaintiff for the produce shipments which are the subject of this
6    Complaint.

7        32.    Plaintiff is informed and believes and thereon alleges that said Defendants have
8    diverted and will continue to divert PACA trust assets due and owing to Plaintiff either to
9    themselves or to third parties, or will dissipate, conceal or otherwise make such assets
10   unavailable if a noticed hearing seeking injunctive relief is required.

11       33.    If such diversion of assets is allowed to continue, Plaintiff will suffer great and
12   irreparable harm in that the PACA trust assets will not be preserved and Plaintiff will be unable
13   to pay its own creditors from whom the produce supplied to Defendants was purchased.
14   Moreover, Plaintiff and other creditors of Plaintiff's, a substantial number of which are statutory
15   trust creditors of Plaintiff under PACA, will suffer great and irreparable harm if all proceeds of
16   sale, including trust assets of Defendants are dissipated and are forever lost to such creditors.

17       34.    Therefore, Plaintiff requests that this Court enter an ex parte order for an
18   accounting and injunctive relief to compel turnover of all amounts subject to the PACA trust.  In
19   the alternative, Plaintiff requests that this Court enter a temporary restraining order directing that
20   Defendants, Defendants' officers, directors, shareholders, bankers, attorneys, agents or any other
21   person acting on Defendants' behalf not disturb, transfer or otherwise dissipate the PACA trust
22   assets pending a hearing on the Plaintiff's Application for Injunctive Relief.

23       35.    Defendants will not be damaged or injured in any way by the requested relief
24   because the assets they hold are due and owing to Plaintiff. Further, to the extent the assets are
25   secured by the PACA trust, such assets rightfully belong to Plaintiff and are held in trust by
26   Defendants for the benefit of Plaintiff.

27
28

*Complaint For Violations of the Perishable Agricultural Commodities*
*Fitz Fresh, Incorporated vs. Mondragon, et al.*

7

## VII.

### FIFTH CAUSE OF ACTION

#### (For Unjust Enrichment Against All Defendants)

36.    Plaintiff hereby realleges and incorporates by reference paragraph 1 through 35 of this Complaint, inclusive, as though fully set forth herein.

37.    Defendants have converted, or are now in the process of converting, to their own use and benefit, the goods delivered to Defendants by Plaintiff and/or the proceeds therefrom, valued in the cumulative amount of at least Fifteen Thousand Two Hundred Three Dollars ($15,203.00) as separately set forth above.

38.    If Defendants are allowed to continue to convert and/or use such goods and/or proceeds, they will be unjustly enriched to the detriment of Plaintiff.

39.    As a direct and proximate result of the wrongful conversion of funds due to Plaintiff, Plaintiff has been damaged and Defendants have been unjustly enriched in the cumulative amount of at least Fifteen Thousand Two Hundred Three Dollars ($15,203.00), as separately set forth above.

## VIII.

### SIXTH CAUSE OF ACTION

#### (For Conversion Against All Defendants)

40.    Plaintiff hereby realleges and incorporates by reference paragraph 1 through 39 of this Complaint, inclusive, as though fully set forth herein.

41.    At all times relevant herein, Plaintiff was, and currently is, entitled to possession of the specific sums as alleged herein in the total cumulative amount of at least Fifteen Thousand Two Hundred Three Dollars ($15,203.00).

42.    Beginning in February 2008 and continuing thereafter, Plaintiff has repeatedly demanded the immediate turnover of the above-mentioned sums but Defendants have failed and refused, and continues to fail and refuse, to turn over such sums of money to Plaintiff. Plaintiff is informed and believes and thereon alleges that Defendants have diverted payments of accounts

*Complaint For Violations of the Perishable Agricultural Commodities*
*Fitz Fresh, Incorporated vs. Mondragon, et al.*

8

1   receivables, assets of the PACA trust and monies due and owing to Plaintiff to themselves and to

2   other unknown third parties.

3                                       IX.

4                          **SEVENTH CAUSE OF ACTION**

5                    **(For Declaratory Relief Against All Defendants)**

6       43.     Plaintiff hereby realleges and incorporates by reference paragraph 1 through 42 of

7   this Complaint, inclusive, as though fully set forth herein.

8       44.     An actual controversy has arisen and now exists relating to the rights and duties of

9   the parties herein in that Plaintiff contends that the PACA trust requires the Defendants to

10  preserve the trust assets for the benefit of the Plaintiff until Plaintiff is fully paid and the

11  Defendants have failed or otherwise refused to acknowledge the validity of the statutory trust

12  provisions.

13      45.     Plaintiff seeks an Order of this Court declaring that its PACA trust claims are

14  superior to and have priority as against any and all claims which Defendants might assert to the

15  accounts receivable, inventory and proceeds of Defendants, to the extent such receivables,

16  inventory and proceeds constitute the corpus of the PACA trust funds to which Plaintiff is

17  beneficiary. Plaintiff would show that any perfected interest which a third party might have in

18  Defendants' accounts receivable, inventory or proceeds is secondary and specifically avoidable,

19  as a matter of law, to satisfy payments to PACA trust beneficiaries such as Plaintiff.

20      46.     Further, Plaintiff seeks declaratory judgment from this Court establishing (1) that

21  the trust funds never became property of Defendants; and (2) that Plaintiff's trust claims under

22  PACA are superior to and take priority over Defendants' secured and unsecured claims, if any, to

23  Defendants' accounts receivable, inventory and proceeds thereof; and, (3) that only funds in

24  excess of the trust funds necessary to pay the PACA trust claimant are property of Defendants,

25  possibly subject to a third party's liens or claims, if such are established, pursuant to 7 U.S.C.

26  Section 499(b)(4) and 7 C.F.R. Section 46.33.

27

28

*Complaint For Violations of the Perishable Agricultural Commodities*
*Fitz Fresh, Incorporated vs. Mondragon, et al.*

9

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

### FIRST CAUSE OF ACTION

### (For Breach of Contract)

1. For damages in the cumulative amount of Fifteen Thousand Two Hundred Three Dollars ($15,203.00).

2. For interest and/or finance charges thereon at the highest legal rate from the date the obligation became due and payable to Plaintiff;

3. For reasonable attorney's fees and costs of suit incurred herein; and

4. For such other and further relief as the Court may deem just and proper.

### SECOND CAUSE OF ACTION

### (For Enforcement of Statutory Trust Provisions of PACA)

1. For an order requiring Defendants to immediately account for any pay all PACA trust assets to Plaintiff in the cumulative amount of Fifteen Thousand Two Hundred Three Dollars ($15,203.00);

2. For interest and/or finance charges thereon at the highest legal rate from the date the obligation became due and payable to Plaintiff;

3. For reasonable attorney's fees and costs of suit incurred herein; and,

4. For such other and further relief as the Court may deem just and proper.

### THIRD CAUSE OF ACTION

### (For Violation of PACA: Failure to Account and Pay Promptly)

1. For damages in the cumulative amount of Fifteen Thousand Two Hundred Three Dollars ($15,203.00);

2. For an order requiring Defendants to immediately account for any pay all PACA trust assets to Plaintiff in the cumulative amount of Fifteen Thousand Two Hundred Three Dollars ($15,203.00);

3. For interest and/or finance charges thereon at the highest legal rate from the date the obligation became due and payable to Plaintiff;

*Complaint For Violations of the Perishable Agricultural Commodities*
*Fitz Fresh, Incorporated vs. Mondragon, et al.*

10

1    4.    For reasonable attorney's fees and costs of suit incurred herein; and,

2    5.    For such other and further relief as the Court may deem just and proper.

3                              **FOURTH CAUSE OF ACTION**

4              **(For Injunctive Relief; Temporary Restraining Order)**

5    1.    For an accounting and injunctive relief to turn over all amounts subject to the

6    PACA trust;

7    2.    For interest and/or finance charges thereon at the highest legal rate from the date

8    the obligation became due and payable to Plaintiff;

9    3.    For reasonable attorney's fees and costs of suit incurred herein; and,

10                              **FIFTH CAUSE OF ACTION**

11                                **(For Unjust Enrichment)**

12    1.    For damages in the cumulative amount of Fifteen Thousand Two Hundred Three

13    Dollars ($15,203.00);

14    2.    For interest and/or finance charges thereon at the highest legal rate from the date

15    the obligation became due and payable to Plaintiff;

16    3.    For reasonable attorney's fees and costs of suit incurred herein; and,

17    4.    For such other and further relief as the Court may deem just and proper.

18                              **SIXTH CAUSE OF ACTION**

19                                  **(For Conversion)**

20    1.    For value of the monies converted in the cumulative amount of Fifteen Thousand

21    Two Hundred Three Dollars ($15,203.00);

22    2.    For interest and/or finance charges thereon at the highest legal rate from the date

23    the obligation became due and payable to Plaintiff;

24    3.    For reasonable attorney's fees and costs of suit incurred herein; and,

25    4.    For such other and further relief as the Court may deem just and proper.

26                              **SEVENTH CAUSE OF ACTION**

27                                **(For Declaratory Relief)**

28    1.    For  a  declaratory  judgment  establishing that:

---

*Complaint For Violations of the Perishable Agricultural Commodities*
*Fitz Fresh, Incorporated vs. Mondragon, et al.*

1        (a)   The PACA trust funds never became the property of Defendants;

2        (b)   The Plaintiff's trust claims under PACA are superior to and take priority

3    over the Defendants' secured and unsecured claims, if any, against Defendants'

4    accounts receivable, inventory and the proceeds; and

5        (c)   Only funds in excess of the trust funds necessary to pay the PACA trust

6    claimant are property of Defendants possibly subject to the Defendants' liens or

7    claims, if any are established.

8        2.   For enforcement of the trust provisions of PACA through payment of the

9    cumulative sum of Fifteen Thousand Two Hundred Three Dollars ($15,203.00);

10        3.   For interest and/or finance charges thereon at the highest legal rate from the date

11    the obligation became due and payable to Plaintiff;

12        4.   For reasonable attorney's fees and costs of suit incurred herein; and

13        5.   For such other and further relief as the Court may deem just and proper.

14

15    Dated: May 8, 2008           Respectfully Submitted,

16                        JOHNSON & MONCRIEF, PLC

17

18

19                        Paul Hart, Esq.

20                        Attorneys for Plaintiff
                    FITZ FRESH, INCORPORATED

21

22

23

24

25

26

27

28

*Complaint For Violations of the Perishable Agricultural Commodities*
*Fitz Fresh, Incorporated vs. Mondragon, et al.*

12

# Fitz Fresh mushrooms

Fitz Fresh Incorporated
P.O. Box 1450 Freedom, CA 95019
Telephone: (831) 763-4440
Fax: (831) 722-7109

| | |
|---|---|
| INVOICE NO.: | 15158 |
| INVOICE DATE: | 2/25/2008 |
| PAYMENT TERMS: | Net 10 |
| SHIPPING DATE: | 2/22/2008 |
| SHIPPED FROM: | |
| FREIGHT TERMS: | DELIVERED |

BUYER I.D.:194          PO#:

SOLD TO:Mondragon
2593 N Fitzsimmons Avenue
Rialto, CA 92377

SHIP TO:Mondragon

Rialto, CA 92377

OUR ORDER NO.: 15158          SALESMAN: Armando
BROKER:

INSPECTION:
ROUTING:
LICENSE NO:

B/L: 15158

| Description | Qty | Price | Unit | Amount |
|---|---|---|---|---|
| White Whole Bulk 10lb Medium | 20 | 13.00 | CS | 260.00 |
| White Whole PrePac 8oz Medium | 30 | 10.50 | CS | 315.00 |
| White Sliced Bulk 10lb Mature-3/16 | 5 | 9.00 | CS | 45.00 |

ne perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural ommodities Act, 1930 (7 U.S.C. 499e(c)).The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products rived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. All sales F.O.B., prompt, no grade ntract, good delivery standards apply, excluding bruising and/or discoloration following bruising. In the event an attorney is needed to collect money owed, you will responsible for consuming all costs.

ERMS: Unless otherwise agreed upon in writing, this farm product shall be paid for on or before 10 days from date of this invoice in U.S. currency. Any eliquent payment of monies shall also include a late charge of 1 1/2 percent per month or the maximum rate allowed by law, of the unpaid balance alculated on a daily basis for the period of delinquency. The waiver of any late charges on any deliquent payments shall not be deemed a waiver of any te charges on any other deliquent payments (pursuant to food and agriculture code sections 56101 to 56733). If actions are taken to enforce this debtedness, then all attorney fees and court costs shall be the responsibility of the buyer.

**(ALL SALES F.O.B. SHIPPING POINT UNLESS OTHERWISE STATED.)**

ALL INVOICES DUE ACCORDING TO **PACA** PROMPT PAYMENT STANDARDS.

55          # 89473          $620.00

46.75

# Fitz Fresh mushrooms

Fitz Fresh Incorporated
P.O. Box 1450 Freedom, CA 95019
Telephone: (831) 763-4440
Fax: (831) 722-7109

INVOICE NO.:                    1525-
INVOICE DATE:              2/29/200

PAYMENT TERMS:              Net  1

SHIPPING DATE:             2/28/200

SHIPPED FROM:
FREIGHT TERMS:         DELIVERE

BUYER I.D.:194          PO#:

SOLD TO: Mondragon
2595 N Fitzsimmons Avenue
Rialto, CA 92377

SHIP TO: Mondragon
Rialto, CA 92377

OUR ORDER NO.: 15254     SALESMAN: Armando
BROKER:

INSPECTION:
ROUTING:
LICENSE NO:

B/L: 15254

| Description | Qty | Price | | Amount |
|---|---|---|---|---|
| White Whole Bulk 10lb Jumbo | 3 | 16.00 | CS | 48.00 |
| White Whole Bulk 10lb Medium | 50 | 13.00 | CS | 650.00 |
| White Whole PrePac 8oz Medium | 50 | 10.50 | CS | 525.00 |
| White Sliced Bulk 10lb Mature-3/16 | 10 | 9.00 | CS | 90.00 |

*fax:*

*Attn:*  Kelly

e perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural mmodities Act, 1930 (7 U.S.C. 499e(c)).The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products rived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. All sales F.O.B., prompt, no grade ntract, good delivery standards apply, excluding bruising and/or discoloration following bruising. In the event an attorney is needed to collect money owed, you will responsible for consuming all costs.

RMS: Unless otherwise agreed upon in writing, this farm product shall be paid for on or before 10 days from date of this invoice in U.S. currency. Any liquent payment of monies shall also include a late charge of 1 1/2 percent per month or the maximum rate allowed by law, of the unpaid balance lculated on a daily basis for the period of delinquency. The waiver of any late charges on any deliquent payments shall not be deemed a waiver of any e charges on any other deliquent payments (pursuant to food and agriculture code sections 56101 to 56733). If actions are taken to enforce this lebtedness, then all attorney fees and court costs shall be the responsibility of the buyer.

ALL SALES F.O.B. SHIPPING POINT UNLESS OTHERWISE STATED.)

ALL INVOICES DUE ACCORDING TO PACA PROMPT PAYMENT STANDARDS.

113        89482   $1313.00
96.05

# Fitz Fresh mushrooms

Fitz Fresh Incorporated
P.O. Box 1450 Freedom, CA 95019
Telephone: (831) 763-4440
Fax: (831) 722-7109

| | |
|---|---|
| INVOICE NO.: | 15271 |
| INVOICE DATE: | 3/3/2008 |
| PAYMENT TERMS: | Net 10 |
| SHIPPING DATE: | 2/29/2008 |
| SHIPPED FROM: | |
| FREIGHT TERMS: | DELIVERED |

BUYER I.D.: 194          PO#:

SOLD TO: Mondragon
2593 N Fitzsimmons Avenue
Rialto, CA 92377

SHIP TO: Mondragon
2593 N Fitzsimmons Avenue
Rialto, CA 92377

B/L: 15271

OUR ORDER NO.: 15271          SALESMAN: Armando
BROKER:

INSPECTION:
ROUTING:
LICENSE NO:

| Description | Qty | Price | | Amount |
|---|---|---|---|---|
| White Whole Bulk 10lb Medium | 30 | 13.00 | CS | 390.00 |
| White Sliced PrePac 8oz Medium | 30 | 10.50 | CS | 315.00 |
| White Whole Bulk 10lb Small | 5 | 13.00 | CS | 65.00 |
| White Sliced Bulk 10lb Mature-3/16 | 5 | 9.00 | CS | 45.00 |
| White Whole Bulk 10lb Jumbo | 4 | 16.00 | CS | 64.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. All sales F.O.B., prompt, no grade contract, good delivery standards apply, excluding bruising and/or discoloration following bruising. In the event an attorney is needed to collect money owed, you will be responsible for consuming all costs.

**TERMS: Unless otherwise agreed upon in writing, this farm product shall be paid for on or before 10 days from date of this invoice in U.S. currency. Any deliquent payment of monies shall also include a late charge of 1 1/2 percent per month or the maximum rate allowed by law, of the unpaid balance calculated on a daily basis for the period of delinquency. The waiver of any late charges on any deliquent payments shall not be deemed a waiver of any late charges on any other deliquent payments (pursuant to food and agriculture code sections 56101 to 56733). If actions are taken to enforce this indebtedness, then all attorney fees and court costs shall be the responsibility of the buyer.**

**(ALL SALES F.O.B. SHIPPING POINT UNLESS OTHERWISE STATED.)**

74          89482          $879.00
62.90

ALL INVOICES DUE ACCORDING TO **PACA** PROMPT PAYMENT STANDARDS.

# Fitz Fresh mushrooms

Fitz Fresh Incorporated
P.O. Box 1450 Freedom, CA 95019
Telephone: (831) 763-4440
Fax: (831) 722-7109

|  |  |
|---|---|
| INVOICE NO.: | 15303 |
| INVOICE DATE: | 3/3/2008 |
| PAYMENT TERMS: | Net 10 |
| SHIPPING DATE: | 3/2/2008 |
| SHIPPED FROM: |  |
| FREIGHT TERMS: | DELIVERED |

BUYER I.D.: 194          PO#:

SOLD TO: Mondragon
2593 N Fitzsimmons Avenue
Rialto, CA 92377

SHIP TO: Mondragon
Rialto, CA 92377

OUR ORDER NO.: 15303       SALESMAN: Armando
BROKER:

INSPECTION:
ROUTING:
LICENSE NO:

B/L: 15303

| Description | Qty | Price | | Amount |
|---|---|---|---|---|
| White Whole Bulk 10lb Jumbo | 5 | 16.00 | CS | 80.00 |
| White Whole Bulk 10lb Medium | 20 | 13.00 | CS | 260.00 |
| White Whole PrePac 8oz Medium | 20 | 10.50 | CS | 210.00 |
| White Whole Bulk 10lb Small | 5 | 13.00 | CS | 65.00 |
| White Sliced Bulk 10lb Mature--3/16 | 10 | 9.00 | CS | 90.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. All sales F.O.B., prompt, no grade contract, good delivery standards apply, excluding bruising and/or discoloration following bruising. In the event an attorney is needed to collect money owed, you will e responsible for consuming all costs.

TERMS: Unless otherwise agreed upon in writing, this farm product shall be paid for on or before 10 days from date of this invoice in U.S. currency. Any lelinquent payment of monies shall also include a late charge of 1 1/2 percent per month or the maximum rate allowed by law, of the unpaid balance calculated on a daily basis for the period of delinquency. The waiver of any late charges on any deliquent payments shall not be deemed a waiver of any ate charges on any other deliquent payments (pursuant to food and agriculture code sections 56101 to 56733). If actions are taken to enforce this ndebtedness, then all attorney fees and court costs shall be the responsiblity of the buyer.

**(ALL SALES F.O.B. SHIPPING POINT UNLESS OTHERWISE STATED.)**

ALL INVOICES DUE ACCORDING TO **PACA** PROMPT PAYMENT STANDARDS.

60       ## 89482       $705.00

51.00

# Fitz Fresh mushrooms

Fitz Fresh Incorporated
P.O. Box 1450 Freedom, CA 95019
Telephone: (831) 763-4440
Fax: (831) 722-7109

| | |
|---|---|
| INVOICE NO.: | 15326 |
| INVOICE DATE: | 3/4/2008 |
| PAYMENT TERMS: | Net 10 |
| SHIPPING DATE: | 3/3/2008 |
| SHIPPED FROM: | |
| FREIGHT TERMS: | DELIVERED |

BUYER I.D.: 194    PO#:

SOLD TO: Mondragon
2593 N Fitzsimmons Avenue
Rialto, CA 92377

SHIP TO: Mondragon
Rialto, CA 92377

INSPECTION:
ROUTING:              B/L: 15326
LICENSE NO:

OUR ORDER NO.: 15326    SALESMAN: Armando
BROKER:

| Description | Qty | Price | | Amount |
|---|---|---|---|---|
| White Whole Bulk 10lb Medium | 20 | 13.00 | CS | 260.00 |
| White Whole Bulk 10lb Small | 5 | 13.00 | CS | 65.00 |
| White Sliced Bulk 10lb Mature-3/16 | 5 | 9.00 | CS | 45.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. All sales F.O.B., prompt, no grade contract, good delivery standards apply, excluding bruising and/or discoloration following bruising. In the event an attorney is needed to collect money owed, you will be responsible for consuming all costs.

**TERMS:** Unless otherwise agreed upon in writing, this farm product shall be paid for on or before 10 days from date of this invoice in U.S. currency. Any deliquent payment of monies shall also include a late charge of 1 1/2 percent per month or the maximum rate allowed by law, of the unpaid balance calculated on a daily basis for the period of delinquency. The waiver of any late charges on any deliquent payments shall not be deemed a waiver of any late charges on any other deliquent payments (pursuant to food and agriculture code sections 56101 to 56733). If actions are taken to enforce this indebtedness, then all attorney fees and court costs shall be the responsibility of the buyer.

**(ALL SALES F.O.B. SHIPPING POINT UNLESS OTHERWISE STATED.)**

30        # 89492        $370.00

25.50

ALL INVOICES DUE ACCORDING TO **PACA** PROMPT PAYMENT STANDARDS.

# Fitz Fresh mushrooms

Fitz Fresh Incorporated
P.O. Box 1450 Freedom, CA 95019
Telephone: (831) 763-4440
Fax: (831) 722-7109

| | |
|---|---|
| INVOICE NO.: | 15332 |
| INVOICE DATE: | 3/5/2008 |
| PAYMENT TERMS: | Net 10 |
| SHIPPING DATE: | 3/4/2008 |
| SHIPPED FROM: | |
| FREIGHT TERMS: | DELIVERED |

BUYER I.D.:194       PO#:

SOLD TO: Mondragon
2593 N Fitzsimmons Avenue
Rialto, CA 92577

SHIP TO: Mondragon

Rialto, CA 92577

| | | | |
|---|---|---|---|
| OUR ORDER NO.: 15332 | SALESMAN: Armando | INSPECTION: | B/L: 15332 |
| BROKER: | | ROUTING: | |
| | | LICENSE NO.: | |

| | | | |
|---|---|---|---|
| White Whole Bulk 10lb Jumbo | 5 | 16.00 CS | 80.00 |
| White Whole Bulk 10lb Medium | 60 | 13.00 CS | 780.00 |
| White Whole PrePac 8oz Medium | 20 | 10.50 CS | 210.00 |
| White Whole Bulk 10lb Small | 5 | 13.00 CS | 65.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. All sales F.O.B., prompt, no grade contract, good delivery standards apply, excluding bruising and/or discoloration following bruising. In the event an attorney is needed to collect money owed, you will be responsible for consuming all costs.

TERMS: Unless otherwise agreed upon in writing, this farm product shall be paid for on or before 10 days from date of this invoice in U.S. currency. Any deliqunt payment of monies shall also include a late charge of 1 1/2 percent per month or the maximum rate allowed by law, of the unpaid balance calculated on a daily basis for the period of delinquency. The waiver of any late charges on any deliqunt payments shall not be deemed a waiver of any late charges on any other deliqunt payments (pursuant to food and agriculture code sections 56101 to 56733). If actions are taken to enforce this indebtedness, then all attorney fees and court costs shall be the responsibility of the buyer.

**(ALL SALES F.O.B. SHIPPING POINT UNLESS OTHERWISE STATED.)**     90      # 89492    $1135.00

76.50

ALL INVOICES DUE ACCORDING TO **PACA** PROMPT PAYMENT STANDARDS.

# Fitz Fresh mushrooms

Fitz Fresh Incorporated
P.O. Box 1450 Freedom, CA 95019
Telephone: (831) 763-4440
Fax: (831) 722-7109

| | |
|---|---|
| INVOICE NO.: | 15364 |
| INVOICE DATE: | 3/6/2008 |
| PAYMENT TERMS: | Net 10 |
| SHIPPING DATE: | 3/5/2008 |
| SHIPPED FROM: | |
| FREIGHT TERMS: | DELIVERED |

BUYER I.D.:194          PO#:

SOLD TO: Mondragon
2593 N Fitzsimmons Avenue
Rialto, CA 92377

SHIP TO: Mondragon

Rialto, CA 92377

OUR ORDER NO.: 15364     SALESMAN: Armando
BROKER:

INSPECTION:     B/L: 15364
ROUTING:
LICENSE NO.:

| | | | | |
|---|---|---|---|---|
| White Whole Bulk 10lb Medium | 40 | 13.00 CS | | 520.00 |
| White Whole Bulk 10lb Small | 10 | 13.00 CS | | 130.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. All sales F.O.B., prompt, no grade contract, good delivery standards apply, excluding bruising and/or discoloration following bruising. In the event an attorney is needed to collect money owed, you will be responsible for consuming all costs.

**TERMS: Unless otherwise agreed upon in writing, this farm product shall be paid for on or before 10 days from date of this invoice in U.S. currency. Any deliquent payment of monies shall also include a late charge of 1 1/2 percent per month or the maximum rate allowed by law, of the unpaid balance calculated on a daily basis for the period of delinquency. The waiver of any late charges on any deliquent payments shall not be deemed a waiver of any late charges on any other deliquent payments (pursuant to food and agriculture code sections 56101 to 56733). If actions are taken to enforce this indebtedness, then all attorney fees and court costs shall be the responsibility of the buyer.**

**(ALL SALES F.O.B. SHIPPING POINT UNLESS OTHERWISE STATED.)**

ALL INVOICES DUE ACCORDING TO **PACA** PROMPT PAYMENT STANDARDS.

50     # 894.92     $650.00

42.50

# Fitz Fresh mushrooms

Fitz Fresh Incorporated
P.O. Box 1450 Freedom, CA 95019
Telephone: (831) 763-4440
Fax: (831) 722-7109

INVOICE NO.:
INVOICE DATE: 3/7/2008
PAYMENT TERMS: Net 10

SHIPPING DATE: 3/6/2008

SHIPPED FROM:
FREIGHT TERMS: DELIVERED

BUYER I.D.: 194    PO#:

SOLD TO: Mondragon
2593 N Fitzsimmons Avenue
Rialto, CA 92377

SHIP TO: Mondragon
2593 N Fitzsimmons Avenue
Rialto, CA 92377

INSPECTION:    B/L: 15383
ROUTING:
LICENSE NO:

OUR ORDER NO.: 15383    SALESMAN: Armando
BROKER:

| Description | Qty | Price | | Amount |
|---|---|---|---|---|
| White Whole Bulk 10lb Medium | 50 | 13.00 | CS | 650.00 |
| White Whole PrePac 8oz Medium | 20 | 10.50 | CS | 210.00 |
| White Whole Bulk 10lb Small | 15 | 13.00 | CS | 195.00 |
| White Sliced Bulk 10lb Mature-3/16 | 10 | 9.00 | CS | 90.00 |

he perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural ommodities Act, 1930 (7 U.S.C. 499e(c)).The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products erived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. All sales F.O.B., prompt, no grade ontract, good delivery standards apply, excluding bruising and/or discoloration following bruising. In the event an attorney is needed to collect money owed, you will e responsible for consuming all costs.

ERMS: Unless otherwise agreed upon in writing, this farm product shall be paid for on or before 10 days from date of this invoice in U.S. currency. Any eliquent payment of monies shall also include a late charge of 1 1/2 percent per month or the maximum rate allowed by law, of the unpaid balance alculated on a daily basis for the period of delinquency. The waiver of any late charges on any deliquent payments shall not be deemed a waiver of any te charges on any other deliquent payments (pursuant to food and agriculture code sections 56101 to 56733). If actions are taken to enforce this debtedness, then all attorney fees and court costs shall be the responsibility of the buyer.

**(ALL SALES F.O.B. SHIPPING POINT UNLESS OTHERWISE STATED.)**

95    #89493    $1145.00
80.75

ALL INVOICES DUE ACCORDING TO **PACA** PROMPT PAYMENT STANDARDS.

# Fitz Fresh mushrooms

Fitz Fresh Incorporated
P.O. Box 1450 Freedom, CA 95019
Telephone: (831) 763-4440
Fax: (831) 722-7109

| | |
|---|---|
| INVOICE NO.: | 15403 |
| INVOICE DATE: | 3/10/2008 |
| PAYMENT TERMS: | Net 10 |
| SHIPPING DATE: | 3/7/2008 |
| SHIPPED FROM: | |
| FREIGHT TERMS: | DELIVERED |

BUYER I.D.: 194          PO#:

SOLD TO: Mondragon
2593 N Fitzsimmons Avenue
Rialto, CA 92377

SHIP TO: Mondragon
2593 N Fitzsimmons Avenue
Rialto, CA 92377

INSPECTION:          B/L: 15403
ROUTING:
LICENSE NO:

OUR ORDER NO.: 15403          SALESMAN: Armando
BROKER:

| | | | |
|---|---|---|---|
| White Whole PrePac 8oz Medium | 20 | 10.50 CS | 210.00 |
| White Sliced Bulk 10lb Mature-3/16 | 5 | 9.00 CS | 45.00 |
| White Whole Bulk 10lb Jumbo | 4 | 16.00 CS | 64.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. All sales F.O.B., prompt, no grade contract, good delivery standards apply, excluding bruising and/or discoloration following bruising. In the event an attorney is needed to collect money owed, you will be responsible for consuming all costs.

TERMS: Unless otherwise agreed upon in writing, this farm product shall be paid for on or before 10 days from date of this invoice in U.S. currency. Any deliquent payment of monies shall also include a late charge of 1 1/2 percent per month or the maximum rate allowed by law, of the unpaid balance calculated on a daily basis for the period of delinquency. The waiver of any late charges on any deliquent payments shall not be deemed a waiver of any late charges on any other deliquent payments (pursuant to food and agriculture code sections 56101 to 56733). If actions are taken to enforce this indebtedness, then all attorney fees and court costs shall be the responsibility of the buyer.

**(ALL SALES F.O.B. SHIPPING POINT UNLESS OTHERWISE STATED.)**          29     # 89493     $319.00

ALL INVOICES DUE ACCORDING TO **PACA** PROMPT PAYMENT STANDARDS.          24.65

# Fitz Fresh mushrooms

Fitz Fresh Incorporated
P.O. Box 1450 Freedom, CA 95019
Telephone: (831) 763-4440
Fax: (831) 722-7109

| | |
|---|---|
| INVOICE NO.: | 15415 |
| INVOICE DATE: | 3/10/2008 |
| PAYMENT TERMS: | Net 10 |
| SHIPPING DATE: | 3/9/2008 |
| SHIPPED FROM: | |
| FREIGHT TERMS: | DELIVERED |

BUYER I.D.:194     PO#:

SOLD TO: Mondragon
2593 N Fitzsimmons Avenue
Rialto, CA 92377

SHIP TO: Mondragon
2593 N Fitzsimmons Avenue
Rialto, CA 92377

INSPECTION:
ROUTING:               B/L: 15415
LICENSE NO:

OUR ORDER NO.: 15415    SALESMAN: Armando
BROKER:

| | | | |
|---|---|---|---|
| White Whole Bulk 10lb Medium | 80 | 13.00 CS | 1040.00 |
| White Whole PrePac 8oz Medium | 30 | 10.50 CS | 315.00 |
| White Whole Bulk 10lb Small | 10 | 13.00 CS | 130.00 |
| White Sliced Bulk 10lb Mature-3/16 | 10 | 9.00 CS | 90.00 |

he perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural ommodities Act, 1930 (7 U.S.C. 499e(c)).The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products erived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. All sales F.O.B., prompt, no grade ontract, good delivery standards apply, excluding bruising and/or discoloration following bruising. In the event an attorney is needed to collect money owed, you will e responsible for consuming all costs.

ERMS: Unless otherwise agreed upon in writing, this farm product shall be paid for on or before 10 days from date of this invoice in U.S. currency. Any eliquent payment of monies shall also include a late charge of 1 1/2 percent per month or the maximum rate allowed by law, of the unpaid balance alculated on a daily basis for the period of delinquency. The waiver of any late charges on any deliquent payments shall not be deemed a waiver of any ite charges on any other deliquent payments (pursuant to food and agriculture code sections 56101 to 56733). If actions are taken to enforce this idebtedness, then all attorney fees and court costs shall be the responsibility of the buyer.

**(ALL SALES F.O.B. SHIPPING POINT UNLESS OTHERWISE STATED.)**

130        # 89493  $1575.00

ALL INVOICES DUE ACCORDING TO **PACA** PROMPT PAYMENT STANDARDS.

116.50

# Fitz Fresh mushrooms

Fitz Fresh Incorporated
P.O. Box 1450 Freedom, CA 95019
Telephone: (831) 763-4440
Fax: (831) 722-7109

| | |
|---|---|
| INVOICE NO.: | 15448 |
| INVOICE DATE: | 3/11/2008 |
| PAYMENT TERMS: | Net 10 |
| SHIPPING DATE: | 3/10/2008 |
| SHIPPED FROM: | |
| FREIGHT TERMS: | DELIVERED |

BUYER I.D.: 194          PO#:

SOLD TO: Mondragon
2593 N Fitzsimmons Avenue
Rialto, CA 92377

SHIP TO: Mondragon

Rialto, CA 92377

INSPECTION:          B/L: 15448
ROUTING:
LICENSE NO:

OUR ORDER NO.: 15448          SALESMAN: Armando
BROKER:

| Description | Qty | Price | Unit | Amount |
|---|---|---|---|---|
| White Whole Bulk 10lb Large | 5 | 15.00 | CS | 75.00 |
| White Whole Bulk 10lb Medium | 70 | 13.00 | CS | 910.00 |
| White Whole PrePac 8oz Medium | 20 | 10.50 | CS | 210.00 |
| White Whole Bulk 10lb Small | 10 | 13.00 | CS | 130.00 |

he perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural ommodities Act, 1930 (7 U.S.C. 499e(c)).The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products erived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. All sales F.O.B., prompt, no grade ontract, good delivery standards apply, excluding bruising and/or discoloration following bruising. In the event an attorney is needed to collect money owed, you will ] responsible for consuming all costs.

**ERMS:** Unless otherwise agreed upon in writing, this farm product shall be paid for on or before 10 days from date of this invoice in U.S. currency. Any eliquent payment of monies shall also include a late charge of 1 1/2 percent per month or the maximum rate allowed by law, of the unpaid balance alculated on a daily basis for the period of delinquency. The waiver of any late charges on any deliquent payments shall not be deemed a waiver of any ite charges on any other deliquent payments (pursuant to food and agriculture code sections 56101 to 56733). If actions are taken to enforce this idebtedness, then all attorney fees and court costs shall be the responsibility of the buyer.

**(ALL SALES F.O.B. SHIPPING POINT UNLESS OTHERWISE STATED.)**

ALL INVOICES DUE ACCORDING TO **PACA** PROMPT PAYMENT STANDARDS.

105          # 89851          $1325.00
89.25

# Fitz Fresh mushrooms

Fitz Fresh Incorporated
P.O. Box 1450 Freedom, CA 95019
Telephone: (831) 763-4440
Fax: (831) 722-7109

| | |
|---|---|
| INVOICE NO.: | 15466 |
| INVOICE DATE: | 3/12/2008 |
| PAYMENT TERMS: | Net 10 |
| SHIPPING DATE: | 3/11/2008 |
| SHIPPED FROM: | |
| FREIGHT TERMS: | DELIVERED |

BUYER I.D.: 194        PO#:

SOLD TO: Mondragon
2593 N Fitzsimmons Avenue
Rialto, CA 92377

SHIP TO: Mondragon

Rialto, CA 92377

OUR ORDER NO.: 15466        SALESMAN: Armando
BROKER:

INSPECTION:
ROUTING:
LICENSE NO:        B/L: 15466

| Description | Quantity | Price | Amount |
|---|---|---|---|
| White Whole Bulk 10lb Medium | 30 | 13.00 CS | 390.00 |
| White Whole PrePac 8oz Medium | 30 | 10.50 CS | 315.00 |
| White Sliced Bulk 10lb Mature-3/16 | 5 | 9.00 CS | 45.00 |

he perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural ommodities Act, 1930 (7 U.S.C. 499e(c)).The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products rived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. All sales F.O.B., prompt, no grade ntract, good delivery standards apply, excluding bruising and/or discoloration following bruising. In the event an attorney is needed to collect money owed, you will responsible for consuming all costs.

ERMS: Unless otherwise agreed upon in writing, this farm product shall be paid for on or before 10 days from date of this invoice in U.S. currency. Any eliquent payment of monies shall also include a late charge of 1 1/2 percent per month or the maximum rate allowed by law, of the unpaid balance alculated on a daily basis for the period of delinquency. The waiver of any late charges on any deliquent payments shall not be deemed a waiver of any te charges on any other deliquent payments (pursuant to food and agriculture code sections 56101 to 56733). If actions are taken to enforce this debtedness, then all attorney fees and court costs shall be the responsibility of the buyer.

**(ALL SALES F.O.B. SHIPPING POINT UNLESS OTHERWISE STATED.)**

ALL INVOICES DUE ACCORDING TO **PACA** PROMPT PAYMENT STANDARDS.

65        # 89851    $750.00
55.25

# Fitz Fresh mushrooms

Fitz Fresh Incorporated
P.O. Box 1450 Freedom, CA 95019
Telephone: (831) 763-4440
Fax: (831) 722-7109

| | |
|---|---|
| INVOICE NO.: | 15496 |
| INVOICE DATE: | 3/14/2008 |
| PAYMENT TERMS: | Net 10 |
| SHIPPING DATE: | 3/13/2008 |
| SHIPPED FROM: | |
| FREIGHT TERMS: | DELIVERED |

BUYER I.D.: 194          PO#:

SOLD TO: Mondragon
2593 N Fitzsimmons Avenue
Rialto, CA 92377

SHIP TO: Mondragon
2593 N Fitzsimmons Avenue
Rialto, CA 92377

INSPECTION:          B/L: 15496
OUR ORDER NO.: 15496     SALESMAN: Armando     ROUTING:
BROKER:          LICENSE NO:

| Description | Qty | Price | Amount |
|---|---|---|---|
| White Whole PreFac 8oz Medium | 20 | 10.50 CS | 210.00 |
| White Whole Bulk 10lb Small | 10 | 13.00 CS | 130.00 |
| White Sliced Bulk 10lb Mature-3/16 | 10 | 9.00 CS | 90.00 |
| White Whole Bulk 10lb Medium | 40 | 13.00 CS | 520.00 |

e perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural mmodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products rived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. All sales F.O.B., prompt, no grade ntract, good delivery standards apply, excluding bruising and/or discoloration following bruising. In the event an attorney is needed to collect money owed, you will responsible for consuming all costs.

RMS: Unless otherwise agreed upon in writing, this farm product shall be paid for on or before 10 days from date of this invoice in U.S. currency. Any liquent payment of monies shall also include a late charge of 1 1/2 percent per month or the maximum rate allowed by law, of the unpaid balance lculated on a daily basis for the period of delinquency. The waiver of any late charges on any deliquent payments shall not be deemed a waiver of any e charges on any other deliquent payments (pursuant to food and agriculture code sections 56101 to 56733). If actions are taken to enforce this ebtedness, then all attorney fees and court costs shall be the responsibility of the buyer.

**(ALL SALES F.O.B. SHIPPING POINT UNLESS OTHERWISE STATED.)**

80          # 89852     $950.00
68.00

ALL INVOICES DUE ACCORDING TO **PACA** PROMPT PAYMENT STANDARDS.

# Fitz Fresh mushrooms

Fitz Fresh Incorporated
P.O. Box 1450 Freedom, CA 95019
Telephone: (831) 763-4440
Fax: (831) 722-7109

| | |
|---|---|
| INVOICE NO.: | 15519 |
| INVOICE DATE: | 3/17/2008 |
| PAYMENT TERMS: | Net 10 |
| SHIPPING DATE: | 3/14/2008 |
| SHIPPED FROM: | |
| FREIGHT TERMS: | DELIVERED |

BUYER I.D.: 194        PO#:

SOLD TO Mondragon
2593 N Fitzsimmons Avenue
Rialto, CA 92377

SHIP TO Mondragon
Rialto, CA 92377

| | |
|---|---|
| INSPECTION: | |
| ROUTING: | |
| LICENSE NO: | |
| B/L: | 15519 |

OUR ORDER NO.: 15519        SALESMAN: Armando
BROKER:

| Description | Qty | Price | | Amount |
|---|---|---|---|---|
| White Whole Bulk 10lb Medium | 30 | 13.00 | CS | 390.00 |
| White Whole PrePac 8oz Medium | 20 | 10.50 | CS | 210.00 |
| White Whole Bulk 10lb Small | 10 | 13.00 | CS | 130.00 |
| White Sliced Bulk 10lb Mature-3/16 | 5 | 9.00 | CS | 45.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. All sales F.O.B., prompt, no grade contract, good delivery standards apply, excluding bruising and/or discoloration following bruising. In the event an attorney is needed to collect money owed, you will be responsible for consuming all costs.

TERMS: Unless otherwise agreed upon in writing, this farm product shall be paid for on or before 10 days from date of this invoice in U.S. currency. Any deliquent payment of monies shall also include a late charge of 1 1/2 percent per month or the maximum rate allowed by law, of the unpaid balance calculated on a daily basis for the period of delinquency. The waiver of any late charges on any deliquent payments shall not be deemed a waiver of any late charges on any other deliquent payments (pursuant to food and agriculture code sections 56101 to 56733). If actions are taken to enforce this indebtedness, then all attorney fees and court costs shall be the responsibility of the buyer.

**(ALL SALES F.O.B. SHIPPING POINT UNLESS OTHERWISE STATED.)**

ALL INVOICES DUE ACCORDING TO **PACA** PROMPT PAYMENT STANDARDS.

65        ## 89852        $775.00
55.25

# Fitz Fresh mushrooms

Fitz Fresh Incorporated
P.O. Box 1450 Freedom, CA 95019
Telephone: (831) 763-4440
Fax: (831) 722-7109

| | |
|---|---|
| INVOICE NO.: | 15545 |
| INVOICE DATE: | 3/17/2008 |
| PAYMENT TERMS: | Net 10 |
| SHIPPING DATE: | 3/16/2008 |
| SHIPPED FROM: | |
| FREIGHT TERMS: | DELIVERED |

BUYER I.D.: 194          PO#:

SOLD TO: Mondragon
2593 N Fitzsimmons Avenue
Rialto, CA 92377

SHIP TO: Mondragon
Rialto, CA 92377

INSPECTION:
ROUTING:
LICENSE NO:          B/L: 15545

OUR ORDER NO.: 15545          SALESMAN: Armando
BROKER:

| | | | |
|---|---|---|---|
| White Whole Bulk 10lb Medium | 40 | 13.00 CS | 520.00 |
| White Whole PrePac 8oz Medium | 20 | 10.50 CS | 210.00 |
| White Whole Bulk 10lb Small | 5 | 13.00 CS | 65.00 |
| White Sliced Bulk 10lb Mature-3/16 | 10 | 9.00 CS | 90.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. All sales F.O.B., prompt, no grade contract, good delivery standards apply, excluding bruising and/or discoloration following bruising. In the event an attorney is needed to collect money owed, you will e responsible for consuming all costs.

TERMS: Unless otherwise agreed upon in writing, this farm product shall be paid for on or before 10 days from date of this invoice in U.S. currency. Any leliquent payment of monies shall also include a late charge of 1 1/2 percent per month or the maximum rate allowed by law, of the unpaid balance :alculated on a daily basis for the period of delinquency. The waiver of any late charges on any deliquent payments shall not be deemed a waiver of any ate charges on any other deliquent payments (pursuant to food and agriculture code sections 56101 to 56733). If actions are taken to enforce this ndebtedness, then all attorney fees and court costs shall be the responsibility of the buyer.

**(ALL SALES F.O.B. SHIPPING POINT UNLESS OTHERWISE STATED.)**          75          #89852          $885.00
63.75

ALL INVOICES DUE ACCORDING TO **PACA** PROMPT PAYMENT STANDARDS.

# Fitz Fresh mushrooms

Fitz Fresh Incorporated
P.O. Box 1450 Freedom, CA 95019
Telephone (831) 763-4440
Fax: (831) 722-7109

| | |
|---|---|
| INVOICE NO.: | 15083 |
| INVOICE DATE: | 9/01/2008 |
| PAYMENT TERMS: | Net 10 |
| SHIPPING DATE: | 9/19/2008 |
| SHIPPED FROM: | DELIVERED |
| FREIGHT TERMS: | |

194
BUYER ID:                    PO#

SOLD TO: Mondragon
2595 N. Fitzsimmons Avenue
Rialto, CA 92377

SHIP TO: Mondragon
2595 N. Fitzsimmons Avenue
Rialto, CA 92377

OUR ORDER NO.: 15083        SALESMAN: Armando

BROKER:

INSPECTION:
ROUTING:
LICENSE NO:
B/L:

| DESCRIPTION | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|
| White Whole Bulk 10lb Medium | 20 | 15.00 CS | | 300.00 |
| White Whole PrePac 8oz Medium | 20 | 11.50 CS | | 210.00 |
| White Sliced Bulk 10lb Mature/Srlc | 10 | 12.00 CS | | 70.00 |
| White Whole Bulk 10lb Jumbo | 2 | 15.00 CS | | 30.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. All sales F.O.B. prompt, no grade contract, good delivery standards apply, excluding bruising and/or discoloration following bruising. In the event an attorney is needed to collect money owed, you will be responsible for consuming all costs.

**TERMS:** Unless otherwise agreed upon in writing, this farm product shall be paid for on or before 10 days from date of this invoice in U.S. currency. Any deliquent payment of monies shall also include a late charge of 1 1/2 percent per month or the maximum rate allowed by law, of the unpaid balance calculated on a daily basis for the period of delinquency. The waiver of any late charges on any deliquent payments shall not be deemed a waiver of any late charges on any other deliquent payments (pursuant to food and agriculture code sections 56101 to 56733). If actions are taken to enforce this indebtedness, then all attorney fees and court costs shall be the responsibility of the buyer.

**(ALL SALES F.O.B. SHIPPING POINT UNLESS OTHERWISE STATED.)**

ALL INVOICES DUE ACCORDING TO **PACA** PROMPT PAYMENT STANDARDS.

**TOTAL QUANTITY** 52

**TOTAL AMOUNT**

BARR
# 89472
52.70

# Fitz Fresh mushrooms

Fitz Fresh Incorporated
P.O. Box 1450 Freedom, CA 95019
Telephone: (831) 763-4440
Fax: (831) 722-7109

| | |
|---|---|
| INVOICE NO.: | 15108 |
| INVOICE DATE: | 2/21/2008 |
| PAYMENT TERMS: | Net 10 |
| SHIPPING DATE: | 2/20/2008 |
| SHIPPED FROM: | |
| FREIGHT TERMS: | DELIVERED |

BUYER I.D.:194        PO#:

SOLD TO: Mondragon
2593 N Fitzsimmons Avenue
Rialto, CA 92377

SHIP TO: Mondragon
2593 N Fitzsimmons Avenue
Rialto, CA 92377

INSPECTION:                    B/L: 15108
OUR ORDER NO.: 15108        SALESMAN: Armando      ROUTING:
BROKER:                                      LICENSE NO.:

| DESCRIPTION | PRICE | UNIT | AMOUNT |
|---|---|---|---|
| White Whole Bulk 10lb Large | 3 | 15.00 CS | 45.00 |
| White Whole Bulk 10lb Medium | 60 | 13.00 CS | 780.00 |
| White Whole PrePac 8oz Medium | 20 | 10.50 CS | 210.00 |
| White Whole Bulk 10lb Jumbo | 2 | 16.00 CS | 32.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. All sales F.O.B., prompt, no grade contract, good delivery standards apply, excluding bruising and/or discoloration following bruising. In the event an attorney is needed to collect money owed, you will e responsible for consuming all costs.

**TERMS:** Unless otherwise agreed upon in writing, this farm product shall be paid for on or before 10 days from date of this invoice in U.S. currency. Any deliquent payment of monies shall also include a late charge of 1 1/2 percent per month or the maximum rate allowed by law, of the unpaid balance alculated on a daily basis for the period of delinquency. The waiver of any late charges on any deliquent payments shall not be deemed a waiver of any ate charges on any other deliquent payments (pursuant to food and agriculture code sections 56101 to 56733). If actions are taken to enforce this ndebtedness, then all attorney fees and court costs shall be the responsibility of the buyer.

**(ALL SALES F.O.B. SHIPPING POINT UNLESS OTHERWISE STATED.)**     TOTAL     AMOUNT

85        # 89473  $1067.00

72.25

ALL INVOICES DUE ACCORDING TO **PACA** PROMPT PAYMENT STANDARDS.

# Fitz Fresh mushrooms

Fitz Fresh Incorporated
P.O. Box 1450 Freedom, CA 95019
Telephone: (831) 763-4440
Fax: (831) 722-7109

| | |
|---|---|
| INVOICE NO.: | 15130 |
| INVOICE DATE: | 2/22/2008 |
| PAYMENT TERMS: | Net 10 |
| SHIPPING DATE: | 2/21/2008 |
| SHIPPED FROM: | |
| FREIGHT TERMS: | DELIVERED |

BUYER I.D.:194        PO#:

SOLD TO Mondragon
2593 N Fitzsimmons Avenue
Rialto, CA 92377

SHIP TO Mondragon
2593 N Fitzsimmons Avenue
Rialto, CA 92377

INSPECTION:        B/L: 15130
OUR ORDER NO.: 15130        SALESMAN: Armando        ROUTING:
BROKER:        LICENSE NO.:

| | | | |
|---|---|---|---|
| White Whole Bulk 10lb Medium | 80 | 13.00 CS | 1040.00 |
| White Whole PrePac 8oz Medium | 30 | 10.50 CS | 315.00 |
| White Whole Bulk 10lb Small | 5 | 13.00 CS | 65.00 |
| White Whole Bulk 10lb Jumbo | 2 | 16.00 CS | 32.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. All sales F.O.B., prompt, no grade contract, good delivery standards apply, excluding bruising and/or discoloration following bruising. In the event an attorney is needed to collect money owed, you will e responsible for consuming all costs.

TERMS: Unless otherwise agreed upon in writing, this farm product shall be paid for on or before 10 days from date of this invoice in U.S. currency. Any deliquent payment of monies shall also include a late charge of 1 1/2 percent per month or the maximum rate allowed by law, of the unpaid balance calculated on a daily basis for the period of delinquency. The waiver of any late charges on any deliquent payments shall not be deemed a waiver of any ate charges on any other deliquent payments (pursuant to food and agriculture code sections 56101 to 56733). If actions are taken to enforce this ndebtedness, then all attorney fees and court costs shall be the responsibility of the buyer.

**(ALL SALES F.O.B. SHIPPING POINT UNLESS OTHERWISE STATED.)**

117        $1452.00

# 89483
99.45

ALL INVOICES DUE ACCORDING TO **PACA** PROMPT PAYMENT STANDARDS.