AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

E-FILING

| | |
|---|---|
| FITZ FRESH, INCORPORATED <br> Plaintiff <br> v. <br> VICTOR MONDRAGON, an individual, and DOES 1 through 20 Inclusive    Defendant | ) ) ) ) Civil Action No. ) ) C 08 02407 RMW ) ) |

ADR

RS

**Summons in a Civil Action**

To: VICTOR MONDRAGON
     (Defendant's name)

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Paul Hart, Esq. 237766
JOHNSON & MONCRIEF, PLC
295 South Main Street, Ste. 600
Salinas, CA 93901

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                       Richard W. Wieking
                                                      Name of clerk of court

                                                      Tiffany Salinas-Harwell

Date: __MAY 0 9 2008__                                                       Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

(1) personally delivering a copy of each to the individual at this place, _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address