| Attorney or Party without Attorney:<br>PAUL HART, ESQ., Bar #237766<br>JOHNSON & MONCRIEF, PLC<br>295 MAIN STREET<br>SUITE 600<br>SALINAS, CA  93901<br>Telephone No: 831-759-0900    FAX No: 831-759-0902 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff    Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: FITZ FRESH, ETC.
Defendant: VICTOR MONDRAGON, ETC.

| PROOF OF SERVICE<br>SUMMS IN CIV. ACTION | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0802407 RMW RS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES.

3. a. Party served:            VICTOR MONDRAGON, AN INDIVIDUAL
   b. Person served:           party in item 3.a. SERVED UNDER F.R.C.P. RULE 4.

4. Address where the party was served:    722 MATEO STREET
                                          LOS ANGELES, CA  90021

5. I served the party.
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 10, 2008 (2) at: 10:52AM

7. **Person Who Served Papers:**                      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DOUG  FORREST                                   d. *The Fee for Service was:*
   b. FIRST LEGAL SUPPORT SERVICES                    e. I am: (3)  registered California process server
      1511 W. BEVERY BLVD.                                (i)   Independent Contractor
      LOS ANGELES, CA  90071                              (ii)  Registration No.:    5141
   c. 213-250-1111                                       (iii) County:              Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date:Tue, Jun. 10, 2008

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMS IN CIV. ACTION | (DOUG FORREST)<br>4111464.paha.138149 |
|---|---|---|