Paul Hart, Esq., SBN 237766
JOHNSON & MONCRIEF, PLC
295 S. Main Street, Suite 600
Salinas, CA 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902

Attorney for Plaintiff Fitz Fresh, Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FITZ FRESH, INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR MONDRAGON, an individual, and DOES 1 through 20, Inclusive,<br><br>Defendants. | Case No. C 08-02407 RMW RS<br><br>REQUEST TO ENTER DEFAULT |

TO:    THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff, FITZ FRESH, INCORPORATED, hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant VICTOR MONDRAGON on the grounds that said Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the Complaint on Defendant on June 10, 2008, evidenced by the Proof of Service of Summons on file with this Court.

The above stated facts are set forth in the accompanying declaration of Holly Pedemonte filed herewith.

| | | |
|---|---|---|
| 1 | Dated: September 4, 2008 | JOHNSON & MONCRIEF, PLC |
| 2 | | |
| 3 | | *[signature]* |
| 4 | | Paul Hart |
| 5 | | Attorneys for Plaintiff |
| | | Fitz Fresh, Incorporated |