Paul Hart, Esq.  SBN 237766
JOHNSON & MONCRIEF, PLC
295 S. Main Street, Suite 600
Salinas, CA 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902

Attorney for Plaintiff, Fitz Fresh, Incorporated

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| **FITZ FRESH, INCORPORATED,** | **Case No. C 08-02407 RMW RS** |
| **Plaintiff,** | **DECLARATION OF HOLLY PEDEMONTE IN SUPPORT OF CLERK-ENTRY DEFAULT JUDGMENT** |
| v. | |
| **VICTOR MONDRAGON, and DOES 1 through 20, Inclusive,** | |
| **Defendants.** | |

I, Holly Pedemonte, declare as follows:

1.    I am a representative of Plaintiff, Fitz Fresh, Incorporated.

2.    Defendant Victor Mondragon has not appeared in this action and have not responded to the complaint within the time permitted by law.

3.    Upon information and belief, Defendant is not an infant, incompetent person, or person in military service or otherwise exempted from default judgment under the Soldiers' and Sailors' Civil Relief Act of 1940.

4.    A Request to Enter Default is made concurrently herewith.

5.    This action involves a claim for damages by Plaintiff Fitz Fresh, Incorporated against Defendant Victor Mondragon pursuant to contracts for the sale of produce and likewise pursuant to the Perishable Agricultural Commodities Act of 1930 as amended, 7 U.S.C.

1  Section 449(c)(5) ("PACA").   Copies of the unpaid invoices and shipment contracts are
2  attached hereto as Exhibits A.

3       6.      There is now due and owing under said contracts the total sum of $15,203.00,
4  plus prejudgment interest, if awarded, for the following reasons: Plaintiff is the beneficiary of
5  the floating nonsegregated statutory trust on all of Defendant's perishable agricultural
6  commodities, all inventories of food or other products derived from perishable agricultural
7  commodities, and any receivables or proceeds from the sale of such perishable agricultural
8  commodities or products or assets derived therefrom pursuant to 7 U.S.C. Section 449e(c)(1)-
9  (4) of PACA due to Defendant's failure to remit payment for commodities received and
10 shipped to Defendant by Plaintiff.

11      7.      The said sum has not been paid.

12      8.      Said sum became due and payable as follows:

13              a.      Invoice No. 15130, $1,452.00, past due after March 3, 2008;

14              b.      Invoice No. 15108, $1,067.00, past due after March 2, 2008;

15              c.      Invoice No. 15083, $253.50 (partial payment received), past due after
16                      March 2, 2008;

17              d.      Invoice No. 15545, $885.00, past due after March 27, 2008;

18              e.      Invoice No. 15519, $775.00, past due after March 27, 2008;

19              f.      Invoice No. 15496, $950.00, past due after March 24, 2008;

20              g.      Invoice No. 15466, $750.00, past due after March 22, 2008;

21              h.      Invoice No. 15448, $1,325.00, past due after March 21, 2008;

22              i.      Invoice No. 15415, $1,575.00, past due after March 20, 2008;

23              j.      Invoice No. 15403, $319.00, past due after March 20, 2008;

24              k.      Invoice No. 15383, $1,145.00, past due after March 17, 2008;

25              l.      Invoice No. 15364, $650.00, past due after March 16, 2008;

26              m.      Invoice No. 15332, $1,135.00, past due after March 15, 2008;

27              n.      Invoice No. 15326, $370.00, past due after March 14, 2008;

28              o.      Invoice No. 15303, $705.00, past due after March 13, 2008;

                p.      Invoice    No.    15271, $879.00, past due after March 13, 2008;

q.    Invoice No. 15254, $830.00 (partial payment received), past due after March 10, 2008; and

r.    Invoice No. 15158, $137.50 (partial payment received), past due after March 6, 2008.

The Plaintiff respectfully requests that the Court award Plaintiff prejudgment interest from the dates above in accordance with California Civil Code Sections 3287, 3289, and 3302; California Constitution Article XV Section 1; and _Wolf v. Walt Disney_, 162 Cal.App.4th 1107 (2008).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this ___ day of September, 2008, in Salinas, California.

_____

Holly Pedemonte

q.    Invoice No. 15254, $830.00 (partial payment received), past due after
March 10, 2008; and

r.    Invoice No. 15158, $137.50 (partial payment received), past due after
March 6, 2008.

The Plaintiff respectfully requests that the Court award Plaintiff prejudgment interest from the dates above in accordance with California Civil Code Sections 3287, 3289, and 3302; California Constitution Article XV Section 1; and _Wolf v. Walt Disney_, 162 Cal.App.4[th] 1107 (2008).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 5 day of September, 2008, in Salinas, California.

Holly Pedemonte