Paul Hart, Esq. SBN 237766
JOHNSON & MONCRIEF, PLC
295 S. Main Street, Suite 600
Salinas, CA 93901
Telephone: (831) 759-0900
Facsimile: (831) 759-0902

Attorney for Plaintiff, Fitz Fresh, Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| FITZ FRESH, INCORPORATED, <br><br> Plaintiff, <br><br> v. <br><br> VICTOR MONDRAGON, and DOES 1 through 20, Inclusive, <br><br> Defendants. | Case No. C 08-02407 RMW RS <br><br> DEFAULT BY CLERK |

It appearing from the records in the above-entitled action that summons have been served upon the defendant named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.C.P. 55(a) and Local Rule 14.10 that the below listed defendant has failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of the following named defendant is hereby entered: VICTOR MONDRAGON

Dated: _____

By_____
Deputy Clerk