**United States District Court**
**For the Northern District of California**

**E-Filed on:** 11/5/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FITZ FRESH, INCORPORATED, | No. C-08-02407 RMW |
| Plaintiff, | DEFAULT JUDGMENT |
| v. | |
| VICTOR MONDRAGON, and DOES 1 through 20, inclusive, | |
| Defendants. | |

On November 5, 2008 this court granted default judgment in favor of plaintiff Fitz Fresh, Inc. and against defendant Victor Mondragon. Fitz Fresh is entitled to $16,176.25, comprising $15,203.00 in contract damages and $973.25 in prejudgment interest.

IT IS HEREBY ORDERED THAT Victor Mondragon shall pay to Fitz Fresh, Inc. $16,176.25.

DATED:     11/5/2008

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

DEFAULT JUDGMENT
C-08-02407 RMW
TSF

1 **Notice of this document has been sent to:**

2 **Counsel for Plaintiff:**

3 Lester Paul Hart          PaulHart@JohnsonMoncrief.com

4 **Defendant:**

5 (no appearance)

6

7 Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

8

9

**Dated:**    11/5/2008                              TSF
10                                                **Chambers of Judge Whyte**